AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Nicole Kordie, on behalf of herself and others similarly situated,<br>*Plaintiff*<br>v.<br>Ohio Living, et al.<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:21cv3791<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   Pursuant to the Order signed on 7/28/2023 .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Sarah D. Morrison   on a motion for _____ .

Date:   07/28/2023          *CLERK OF COURT*

                                              s/Maria Rossi Cook
                                              *Signature of Clerk or Deputy Clerk*